# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

DWAYNE WILLIAM LEE JR

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. THE CITY OF DEARBORN HEIGHTS
- DEARBORN HEIGHTS POLICE DEPARTMENT
- CRESTOPHER LLOYD (Officer)
- PAUL GRAF (Officer)
- OFFICER TYNAN (Officer)
- MICHEL GONDEK (Officer)

All officers were Dearborn Heights police officers at the time of the event

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:26-cv-10432
Assigned To : DeClercq, Susan K.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 2/6/2026
Description: CMP LEE v. DEARBORN HEIGHTS, CITY OF ET AL (MC)

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DWAYNE WILLIAM LEE JR |
| Street Address | 8234 BEAVERLAND |
| City and County | DETROIT, WAYNE |
| State and Zip Code | MICHIGAN 48239 |
| Telephone Number | 313-358-4476 |
| E-mail Address | reedwayne956@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE CITY OF DEARBORN HEIGHTS |
| Job or Title (if known) | |
| Street Address | 6045 FENTON DEARBORN HEIGHTS MI 48127 |
| City and County | DEARBORN HEIGHTS, WAYNE |
| State and Zip Code | MICHIGAN 48127 |
| Telephone Number | 313-791-3400 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | DEARBORN HEIGHTS POLICE DEPARTMENT |
| Job or Title (if known) | |
| Street Address | 25637 MICHIGAN AVE, |
| City and County | DEARBORN, WAYNE |
| State and Zip Code | MICHIGAN 48125 |
| Telephone Number | 313 277 6770 |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

Name: OFFICER CHRISTOPHER LLOYD official & unofficial capacity
Job or Title (if known): DEARBORN HEIGHTS POLICE OFFICER
Street Address: 25637 MICHIGAN AVE.
City and County: DEARBORN HEIGHTS, WAYNE
State and Zip Code: MICHIGAN 48125
Telephone Number: 313 277 6770
E-mail Address (if known):

Defendant No. 4

Name: OFFICER TYNAN
Job or Title (if known): DEARBORN HEIGHTS POLICE OFFICER
Street Address: 25637 MICHIGAN AVE
City and County: DEARBORN HEIGHTS, WAYNE
State and Zip Code: MICHIGAN 48125
Telephone Number: 313 277-6770
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

Defendant No. 3

Name: Paul Graf
Job or Title (if known): Dearborn Heights Police officer
Street Address: 25637 Michigan Ave
City and County: Dearborn Heights, Wayne
State and Zip Code: Michigan 48125
Telephone Number: 313 277-6770
E-mail Address (if known):

Defendant No. 4

Name: Michael Gondek
Job or Title (if known): Dearborn Heights Police officer
Street Address: 25637 Michigan Ave
City and County: Dearborn Heights Wayne
State and Zip Code: Michigan 48125
Telephone Number: 313-277-6770
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 4th amendment Unlawful Seizure/ARREST, Excessive force (4th amendment violation), Malicious prosecution (4th & 14th amendment violation), Denial of Due process (14th amendment violation), 1st amendment retaliation, municipal liability (Monell) with supplemental state claims such as Defamation, Intentional Infliction of emotional Distress, and gross negligence by the city not intervening on the false charges, and assault & battery

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____,
    is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____,
    is incorporated under the laws of the State of *(name)*
    _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation
    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain): $13,000,000 and punitive damages for the people & officials involved. Also medical bills

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Officers, Paul Graf and Christopher Lloyd pulled me over on 10/12/19 with no legal basis, traffic violation, or vehicle defect or crimes. They eventually stated the reason for the stop, was they wanted to see if my car had been abandoned. Despite confusion of in the allegment I told Christopher Lloyd that I would get what he needed to see to keep them from impounding my car to which he "replied "That's what we're trying to figure out" to which I replied ok I'll get it. I had been looking for my paperwork in front of all the officers and they know that thats why no one told me to stop or anything because they knew I was getting all of my info to give to officer Christopher Lloyd. Officer Tynum who I will attempt to get his name, suddenly snatches my window out hi pulls me out of the car and cuffs me with no resistance or refusal from me. He later states the reason for that was because I had what looked like a gun in the car. He is slammed me on the ground hurting my shoulder and breaking my tooth which are still injured and I went to the hospital right after I was released from jail. Because they didn't find a real firearm in my car officer Lloyd and officer Graf put false resistance in their reports and they still put CCW charges as well, which caused AIN investigation to start on me. The city didn't give me a court date despite me begging for one until 2024. So in a nutshell the officers mishandled me and when I threatened to sue the inflicted false allegations and prosecution helped stall me out until I almost couldn't sue. case was dismissed in 2024

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Defamation, loss of work opportunity, and pursuit of happiness for over 6 years

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20____.

Signature of Plaintiff     _Dwayne W. Lee_
Printed Name of Plaintiff  _Dwayne W. Lee_
                           313-358 4476
                        6  8234 Beaverland Detroit MI 48239

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff **Wayne**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Wayne**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
|  |  |  | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act |  | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability |  |  | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) |  |
|  |  | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) |  |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights (circled) / **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act |  | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions |  |  |
|  | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

**440**

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: **Malicious Prosecution ect**

Brief description of cause: **False charges where put against me by listed defendant**

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE **Mark J. Plawecki Dearborn Heights**
DOCKET NUMBER **C04105 6A/B**

DATE **Pro se but does not wish to be**
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?     ☑ Yes    ☐ No

If yes, give the following information:

Court: __Dearborn Heights 20th district__

Case No.: __C041056A/B__

Judge: __Mark J. Plawecki__

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes    ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

| STATE OF MICHIGAN<br>20TH JUDICIAL DISTRICT<br>ORI MI - 820105J | FELONY<br>REGISTER OF ACTIONS | CASE NO.<br>C041056A/B |
|---|---|---|

**THE STATE OF MICHIGAN**
**V**

Case assigned to: Judge

**Defendant's name and address**

DWAYNE WILLIAM LEE
8234 BEAVERLAND
DETROIT, MI  48239

DOB: 2-8-1991     Ph: 313-358-4476     SID: 4328988K     CTN: 21714655-01

Operator's license: L 000 157 887 103

Offense date: 10-12-19

Crime: 1. POLICE OFC - ASSAULTING/RESISTING/OBSTRUCTING,
2. OPERATING- NO LICENSE/MULTIPLE LICENSES

Charge code: 750.81D1, 257.301     Ordinance no.: 19-16241

Investigating officer(s): D/SGT. MICHAEL GONDEK

Prosecuting attorney: MARIA MOURAD

Date of complaint: 10-12-2019     Police agency: DEARBORN HEIGHTS P.D.

**BOND HISTORY**

| Date Set | Date Posted | Type | Amount | Notes |
|---|---|---|---|---|
| 10-19-23 | 10-19-23 | PERSONAL | $5,000.00 | |

Defense Attorney, Address, Bar #, Telephone:
QUENTIN DOCKS II  (P  79657)
P. O. BOX 204
ROCKWOOD, MI  48173
(734) 377-8216
dockslawfirm@gmail.com

X  Ct. Appt.

| Date | DISTRICT COURT ARRAIGNMENT | Judge |
|---|---|---|
| 10-19-23 | [X] Demand Exam   [ ] Waive Exam   [ ] Waive 14 Day Rule | MARK J. PLAWECKI |
| Date | EXAM | Judge |
| 02/07/24 | [X] Waived  [ ] Held   [X] Dismissed  [ ] Nolle Pros.   [ ] Bound over to Circuit Court  [ ] Reduced to Misdemeanor | David D. Turfe |
| Date | AMENDED CRIME & CHARGE CODE | |
| Date | ADJUDICATION [ ] Plea  [ ] Guilty  [ ] Guilty but mentally ill  [ ] No Contest | Judge |
| Date | SENTENCING  Fine  Costs  Restitution  Total  Work program  Days  Hours  Days Jail  Probation months  Expiration date | Judge |

Conditions

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | Initials |
|---|---|---|
| 10-19-23 | DEFENDANT WAS ARRAIGNED BY JUDGE MARK PLAWECKI, VIRTUAL PCC 11-1-23 @ 9:00 AM, EXAM 11-8-23 @ 9:00 AM | |
| 11-1-23 | VIRTUAL PCC ADJ TO WED. 11-29-23 @ 9:00 AM, ORDER GRANTING DISCOVERY ENTERED. | DDT |
| 11-29-23 | VIRTUAL PROBABLE CAUSE CONFERENCE HELD, EXAM DATE SET FOR WED. 1-10-24 @ 10:00 AM WITH JUDTGE TURFE. | DDT |
| 01-10-24 | Exam reset to 01/24/24 at 10am. | |
| 01-24-24 | Exam reset to 02/07/2024 at 10:30am | |
| 02/07/24 | Dismissed without prejudice. | DDT |

02/07/2024