UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE WILLIAM LEE, JR.,

Plaintiff,

v.

CITY OF DEARNBORN
HEIGHTS, *et al*.,

Defendants.

Case No. 26-10432
Honorable Susan K. DeClercq
Magistrate Judge Elizabeth A. Stafford

**ORDER TO FILE LEGIBLE COPY
OF AMENDED COMPLAINT**

Plaintiff Dwayne William Lee, Jr., proceeding pro se and in forma pauperis, sues many defendants under 42 U.S.C. § 1983. The Honorable Susan K. DeClercq referred this matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 10.

Lee filed a handwritten amended complaint as of right that is illegible. ECF No. 5. The Court cannot read most of the writing, much less discern the nature of his claims. The amended complaint thus violates E.D. Mich. Local Rule 5.1(a)(2), which requires that all papers presented for filing be "plainly typewritten, printed, or prepared by a clearly legible duplication

1

process, and double-spaced, except for footnotes.  Margins must be at least one inch on the top, sides, and bottom."

The Court **ORDERS** Lee to file a legible copy of his amended complaint by **July 10, 2026**.  If he fails to do so, the Court will recommend that this action be dismissed without prejudice.

**IT IS SO ORDERED**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 22, 2026


## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 22, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager