UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DWAYNE WILLIAM LEE, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DEARBORN HEIGHTS, *et al.*,<br><br>Defendants. | Case No. 26-10432<br>Honorable Susan K. DeClercq<br>Magistrate Judge Elizabeth A. Stafford |

**REPORT AND RECOMMENDATION TO GRANT THE STATE OF MICHIGAN AND THE MICHIGAN SECRETARY OF STATE'S MOTION TO DISMISS (ECF NO. 19)**

Plaintiff Dwayne William Lee, Jr. brings constitutional claims under 42 U.S.C. § 1983 and state law claims against several state, municipal, and individual defendants following his 2019 arrest and the numerous events that followed. ECF No. 1. The Honorable Susan K. DeClercq referred this case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 10.

The State of Michigan and the Michigan Secretary of State (state defendants) moved to dismiss this action. ECF No. 19. Lee did not respond to state defendants' motion to dismiss by the response deadline.

ECF No. 21. The Court then ordered Lee to show cause why state defendants' motion should not be granted. ECF No. 25. Lee has responded to the show cause order and consents to the state defendants being dismissed from this action. ECF No. 26, PageID.326, 330.

The Court thus **RECOMMENDS** that state defendants' motion to dismiss be **GRANTED**. ECF No. 19.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: October 21, 2026

## NOTICE TO THE PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). If a party fails to timely file specific objections, any further appeal is waived. *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991). And only the specific objections to this report and recommendation are preserved for appeal; all other objections are waived. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and

recommendation to which it pertains. Within 14 days after service of objections, **any non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc. The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation. If the Court determines that any objections lack merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 21, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager