UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE WILLIAM LEE, JR.,

Plaintiff,

v.

CITY OF DEARBORN HEIGHTS, ET AL.

Defendants.
_______________________________________/

Case No. 2:26-cv-10432

Honorable Susan K. DeClercq
United States District Judge

Honorable Kimberly G. Altman
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 27) AND GRANTING DEFENDANTS STATE OF MICHIGAN AND MICHIGAN SECRETARY OF STATE'S MOTION TO DISMISS (ECF No. 19)**

On October 21, 2026, Magistrate Judge Elizabeth A. Stafford recommended granting Defendants State of Michigan and Michigan Secretary of State's motion to dismiss, ECF No. 19. ECF No. 27, PageID.334. Judge Stafford informed the Parties of their right to object within 14 days. *Id.* No objections were filed. The Parties have therefore forfeited their right to appeal Judge Stafford's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Moreover, in response to Judge Stafford's Order to Show Cause, Plaintiff indicated that he consents to the State of Michigan and Michigan Secretary of State being dismissed as defendants from this case. ECF No. 26 at PageID.326, 330.

Having reviewed the report and recommendation, this Court adopts it in full because it finds no clear error. *See Roby v. Bloom Roofing Sys.*, 343 F.R.D. 487, 490 (E.D. Mich. 2023).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 27, is **ADOPTED**.

Further, it is **ORDERED** that Defendants State of Michigan and Michigan Secretary of State's Motion to Dismiss, ECF No. 19, is **GRANTED**. Therefore, Defendants State of Michigan and Michigan Secretary of State are **DISMISSED** from this action.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: November 9, 2026